MUNOZ ET AL., APPELLANTS, *v.* NATIONWIDE FIRE
MUTUAL INSURANCE COMPANY, APPELLEE.

[Cite as *Munoz v. Nationwide Fire Mut. Ins.
Co.,* 99 Ohio St.3d 291, 2003-Ohio-3628.]

(No. 2002–2054—Submitted June 3, 2003—Decided July 23, 2003.)

{¶ 1} Proposition of Law No. 1 is dismissed on the authority of *Hillyer v. State
Farm Fire & Cas. Co.,* 97 Ohio St.3d 411, 2002-Ohio-6662, 780 N.E.2d 262.

{¶ 2} Proposition of Law No. 2 is dismissed, sua sponte, as having been
improvidently allowed.

MOYER, C.J., F.E. SWEENEY, PFEIFER, LUNDBERG STRATTON and O'CONNOR, JJ.,
concur.

RESNICK and O'DONNELL, JJ., not participating.

Boyk & Crossmock, L.L.C., and Steven L. Crossmock, for appellant.
Robison, Curphey & O'Connell, and Scott A. Haselman, for appellee.